PD-1105&1106-15

COURT OF CRIMINAL APPEALS
P.O. BOX 12308
CAPITAL STATION
AUSTIN, TX. 78711

RECEIVED IN
COURT OF CRIMINAL APPEALS
AUG 21 2015
Abel Acosta, Clerk

DANIEL HERNANDEZ #1852714
CONNALLY UNIT
899 F.M 632
KENEDY, TX. 78119

FILED IN
COURT OF CRIMINAL APPEALS
AUG 27 2015
Abel Acosta, Clerk

APPELLATE NO. 02-13-00196-CR
02-13-00197-CR

TRIAL NO. F-2012-0920-E
F-2012-0923-E

RE: MOTION FOR EXTENSION OF TIME

DEAR CLERK,

PLEASE FILE MY MOTION FOR EXTENSION OF TIME TO FILE MY DISCRETIONARY REVIEW IN THE ABOVE NAMED AND STYLED CAUSE.

SINCERELY,

Daniel Hernandez

APPEAL CAUSE NO.# _____

IN THE

COURT OF CRIMINAL APPEALS
P.O. BOX 12308
CAPITAL STATION
AUSTIN, TX. 78711

DANIEL HERNANDEZ

V.

THE STATE OF TEXAS

FROM APPEAL NO. 02-13-00196-CR, 02-13-00197-CR
TRIAL CAUSE NO. F-2012-0920-E, F-2012-0923-E
DENTON COUNTY

FIRST MOTION FOR EXTENSION OF TIME TO
FILE PETITION FOR DISCRETIONARY REVIEW..

TO THE HONORABLE JUDGES OF THE COURT OF
CRIMINAL APPEALS COMES NOW DANIEL HERNANDEZ
PETITIONER,

AND FILES THIS MOTION FOR AN EXTENSION OF THIRTY 30 DAYS IN WHICH TO FILE A PETITION FOR DISCRETIONARY REVIEW. IN SUPPORT OF THIS MOTION, APPELLANT SHOWS THE COURT THE FOLLOWING:

THE PETITIONER WAS CONVICTED IN THE, 367TH DISTRICT COURT OF DENTON COUNTY OF THE OFFENSE OF AGGRAVATED ASSAULT WITH A DEADLY WEAPON IN CAUSE NO. 02-13-00196-CR POSSESION OF A FIREARM BY FELON CAUSE NO. 02-13-00197-CR STYLED STATE OF TEXAS VS. DANIEL HERNANDEZ. THE PETITIONER APPEALED TO THE COURT OF APPEALS, 2ND JUDICIAL DISTRICT, CASE WAS AFFIRMED ON AUGUST 6, 2015

II.

THE PRESENT DEADLINE FOR FILLING THE PETITION FOR DISCRETIONARY REVIEW IS SEPT 5TH. THE PETITIONER HAS NOT REQUESTED ANY EXTENSION PRIOR TO THIS REQUEST.

III.

PETITIONER'S REQUEST FOR AN EXTENSION IS BASED UPON THE FOLLOWING FACTS: PETITIONER

WAS NOT INFORMED OF THE DECISION OF THE COURT OF APPEALS IN AFFIRMING HIS CASE UNTIL Aug 18TH. SINCE THAT TIME PETITIONER HAS BEEN ATTEMPTING TO GAIN LEGAL REPRESENTATION IN THIS MATTER. HIS ATTORNEY ON THE APPEALS HAS INFORMED PETITIONER THAT HE WILL NOT REPRESENT HIM ON THE PETITION FOR DISCRETIONARY REVIEW.

WHEREFORE PETITIONER PRAYS THIS COURT GRANT THIS MOTION AND EXTEND THE DEADLINE FOR FILING THE PETITION FOR DISCRETIONARY REVIEW IN CAUSE NO.# 02-13-00196-CR, 02-13-00197-CR.

SINCERELY,

Daniel Hernandez

PRO SE

CERTIFICATE OF SERVICE

## CERTIFICATE OF SERVICE

ON THIS 19TH DAY OF AUGUST 2015 A TRUE AND CORRECT COPY WAS SENT TO THE CLERK OF CRIMINAL APPEALS COURT IN AUSTIN, TEXAS BY UNITED STATES POSTAL SERVICE FROM JOHN B. CONNALLY UNIT 899 F.M 632 KENEDY, TX. 78119

*Daniel Hernandez*

PRO SE

## DECLARATION

I DANIEL HERNANDEZ, AM THE APPLICANT AND BEING PRESENTLY INCARCERATED IN TEXAS DEPARTMENT OF CRIMINAL JUSTICE, DECLARE UNDER PENALTY OF PERJURY THAT, ACCORDING TO MY BELIEFS THE FACTS STATED IN THE ABOVE APPLICATION ARE TRUE AND CORRECT.

RESPECTFULLY SUBMITTED

*Daniel Hernandez*

PRO SE